# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**THOMAS DRAWDY,**

CASE NO: **2:22–CV–00271–JAM–KJN**

v.

**NATIONWIDE INSURANCE COMPANY OF AMERICA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/28/2022**

**Keith Holland**
Clerk of Court

ENTERED: **July 29, 2022**

by: /s/ C. Perdue
Deputy Clerk